No. 00–10263. BROOMFIELD *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–10264. JAMES *v.* MANN. C. A. 6th Cir. Certiorari denied.

No. 00–10265. JOHNSON *v.* HENRY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–10266. MARVIN *v.* HERBERT, SUPERINTENDENT, COLLINS CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–10267. LIPPERT *v.* MECHLING, SUPERINTENDENT, WAYNESBURG CORRECTIONAL INSTITUTION. Sup. Ct. Pa. Certiorari denied.

No. 00–10270. STITH *v.* BUSCH ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–10271. JARAMILLO *v.* PINKERTON ET AL. Ct. App. N. M. Certiorari denied.

No. 00–10275. BROWN *v.* SCHOMIG, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–10277. MORRISON *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–10278. PRICE *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–10279. PONDS *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 00–10280. ABDULLAH *v.* SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–10281. MOORE *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 00–10283. WEST *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.